UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

**Electronically Filed**

| | |
|---|---|
| FRANK CHIDICHIMO, MARY NOEL LITTLE, MARK CHIDICHIMO, WILLIAM CHRISTOPHER CHIDICHIMO, KATHLEEN ANN TOUCHETTE, NANCY THERESE MIDDLETON, MATTHEW EDWARD CHIDICHIMO, and THE ESTATE OF LILA MAE CHIDICHIMO, MARY NOEL LITTLE, PERSONAL REPRESENTATIVE, | Civil Action No. _____ |
| | |
| Plaintiffs, | **CIVIL COMPLAINT** |
| | |
| v. | |
| | |
| UNITED STATES OF AMERICA, | |
| | |
| Defendant. | |

Serve:

Hon. Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001

And

Hon. Bart M. Davis
United States Attorney
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

1

COME NOW the plaintiffs, Frank Chidichimo, Mary Noel Little, Mark Chidichimo, William Christopher Chidichimo, Kathleen Ann Touchette, Nancy Theresa Middleton, Matthew Edward Chidichimo, and the Estate of Lila Mae Chidichimo, Deceased, by counsel, and for their Complaint and cause of action against the Defendant, United States of America (hereinafter "USA"), states as follows:

## JURISDICTION

1.      This action arises under the Federal Torts Claims Act, 28 U.S.C., Sections 1346(b) and 2671-2680, and this Court has original jurisdiction over the proceeding against the defendant, USA.  Plaintiffs suffered injuries and damages as a result of the negligence of an employee of the United States Government Postal Service, while said employee was acting within the course and scope of her employment.  The USA, if a private person, would be liable to plaintiff in accordance with the laws of the State of Idaho through the doctrine of *respondeat superior* and other applicable law.  The United States of America is the proper defendant pursuant to 28 U.S.C., Sections 2674 and 2679.

2.      Service of Process may be perfected by serving a copy of the complaint and summons to the United States Attorney for the District of Idaho and forwarding a copy of same by certified mail, return receipt requested, to the Office of the Attorney General of the United States, Hon. Jeff Sessions.  Service is made on defendant, United States of America, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure.

## VENUE

3.      Plaintiff, Frank Chidichimo, is a citizen of and a resident of Twin Falls, Twin Falls County, Idaho, in the District of Idaho, and at all times relevant herein resided and

2

continues to reside in said judicial district, and the acts and omissions complained of herein

occurred in said judicial district.  Venue is proper in the District of Idaho pursuant to 28 U.S.C.

Section 1402(b).

## FACTS

4.       On the morning of October 19, 2016, at approximately 10:54 a.m., Cindy Crum

was operating a United States Postal Service mail delivery truck on Rea Circle in the city of

Twin Falls, Twin Falls County, Idaho. Ms. Crum was delivering mail to the residents of Rea

Circle and at said time and place was acting within the course and scope of her employment as a

mail carrier for the United States Postal Service, an agency of the defendant United States of

America.

5.       At said time and place, decedent Lila Mae Chidichimo resided with her husband,

Frank Chidichimo, at 238 Rea Circle, Twin Falls, Idaho.

6.       The mailbox for Lila and Frank Chidichimo was one of several free-standing

mailboxes located across the street from their home at 238 Rea Circle, Twin Falls, Idaho.

7.       Cindy Crum had completed her mail delivery and driven her delivery truck

forward away from the mailboxes. Lila Chidichimo walked from her yard and across Rea Circle

road to pick-up her mail at the mailbox. Lila Chidichimo was standing at her mailbox when the

truck operated by Cindy Crum abruptly, and without warning, reversed into her, knocking Lila

Chidichimo to the ground causing her head to hit the pavement which resulted in injuries that

caused her death on November 26, 2016.

8.       Cindy Crum, while acting within the course and scope of her employment as an

employee of the United States of America, negligently and carelessly operated her motor vehicle

so as to cause it to collide with and strike Lila Chidichimo while she was lawfully standing at her mailbox, and thereby failed to yield the right of way to the decedent, failed to exercise due care to avoid colliding with the decedent, failed to keep a proper lookout while backing a vehicle in violation of I.C.§ 49-604, failed to pay attention to the roadway behind her, failed to operate her vehicle in a careful manner, and failed to keep control of her vehicle so as to avoid a collision with a pedestrian.

      9.     Under these facts and circumstances and under the laws of the State of Idaho, the person responsible for the operation of a motor vehicle in the manner described herein, if she were a private person, would be liable to the heirs of the decedent Lila Chidichimo for their damages resulting from the collision as set forth in Idaho Code § 5-311. The heirs include the following:

> Frank Chidichimo - Spouse
> 238 Rea Circle
> Twin Falls, Idaho 83301-0109
>
> Mary Noel Little - Daughter
> 238 Rea Circle
> Twin Falls, Idaho 83301-0109
>
> Mark Chidichimo - Son
> 7 Schenck Ave.
> Matawan, New Jersey 07747
>
> William Christopher Chidichimo - Son
> PSC 76
> Box 6238
> APO, AP 96319-0041
>
> Kathleen Ann Touchette - Daughter
> 1525 Richmond Dr.
> Twin Falls, Idaho 83301

4

Nancy Therese Middleton - Daughter
4419 W. Jewell St.
Boise, Idaho 83706

Matthew Edward Chidichimo - Daughter
10529 W. Shadybrook Dr.
Boise, Idaho 83704

Estate of Lila Mae Chidichimo
Mary Noel Little, Personal Representative
238 Rea Circle
Twin Falls, Idaho 83301-0109

10.     At the date and time of this collision, the United States of America, by and through its employee, agent and servant, Cindy Crum, failed to exercise ordinary care and otherwise violated its statutory and common law duties to plaintiffs as described herein, and its negligence and its negligence *per se* was a substantial factor in causing decedent's fatal injuries and plaintiffs damages.

11.     As a direct and proximate result of the negligent and careless conduct of the United States of America, by and through its employee, agent and servant, Cindy Crum, Lila Chidichimo suffered fatal injuries thereby depriving the Plaintiffs of the care, comfort, society and support of the decedent. Plaintiffs' damages exceed this court's jurisdictional requirements and meet the threshold requirement of 28 U.S. Code § 1332, necessary to bring this action for wrongful death.

## PROCEDURAL HISTORY

12.     On April 3, 2017, the plaintiffs filed their Standard Form 95 Claim for Damage Injury, or Death, with both the National Tort Center of the United States Postal Service and the Post Master, United States Postal Service, 1376 Fillmore Ave., Twin Falls, Idaho 83301 pursuant

to the provisions of the Federal Torts Claims Act, 28 U.S.C., Sections 1346(b) and 2671-2680. The Law Department of the National Tort Center of the United States Postal Service acknowledged receipt of the plaintiffs' claim on April 3, 2017. Plaintiffs Standard Form 95 stated a claim for the following sums:

| | |
|---|---|
| Frank Chidichimo | $342,000.00 |
| Mary Noel Little | $342,000.00 |
| Mark Chidichimo | $342,000.00 |
| William Christopher Chidichimo | $342,000.00 |
| Kathleen Ann Touchette | $342,000.00 |
| Nancy Therese Middleton | $342,000.00 |
| Matthew Edward Chidichimo | $342,000.00 |
| The Estate of Lila Mae Chidichimo | $208,556.56 |

13.     As of March 8, 2018, the Law Department of the National Tort Center of the United States Postal Service had neither denied nor settled plaintiffs' claims.  Filing of this suit is therefore authorized pursuant of 28 U.S.C.§ 2675(a).

14.     Plaintiffs have complied with all administrative requirements to assert this action, and all administrative remedies have been exhausted.

15.     In compliance with 28 U.S.C. Section 2401(b), plaintiffs bring their cause of action herein against the United States of America within six (6) months of the appropriate Federal agency's failure to deny or settle the plaintiffs' claims.

WHEREFORE, plaintiffs request judgment against the defendant, United States of America, as follows:

a)     Compensatory and general damages to fairly and reasonably compensate plaintiff Frank Chidichimo, for the wrongful death of his spouse, not to exceed $342,000.00;

6

b)     Compensatory and general damages to fairly and reasonably compensate plaintiff Mary Noel Little for the wrongful death of her mother, not to exceed $342,000.00;

c)     Compensatory and general damages to fairly and reasonably compensate plaintiff Mark Chidichimo for the wrongful death of his mother, not to exceed $342,000.00;

d)     Compensatory and general damages to fairly and reasonably compensate plaintiff William Christopher Chidichimo for the wrongful death of his mother, not to exceed $342,000.00;

e)     Compensatory and general damages to fairly and reasonably compensate plaintiff Kathleen Ann Touchette for the wrongful death of her mother, not to exceed $342,000.00;

f)     Compensatory and general damages to fairly and reasonably compensate plaintiff Nancy Therese Middleton for the death of her mother, not to exceed $342,000.00;

g)     Compensatory and general damages to fairly and reasonably compensate plaintiff Matthew Edward Chidichimo for the wrongful death of his mother, not to exceed $342,000.00;

h)     Compensatory to fairly and reasonably compensate plaintiff Estate of Lila Mae Chidichimo for medical, funeral and other expenses, not to exceed $208,556.56;

i)     General and compensatory damages includes, but is not limit to, loss of the care, comfort, society, advise, companionship and loving relationship of the decedent

7

Lila Mae Chidichimo, in such sum as is shown by the evidence to be just and

reasonable;

j)      For such other damages as may be supported by the allegations in this Complaint;

k)      For costs and reasonable attorneys' fees; and

l)      For such other damages as the Court may deem to be just and fair.

WHEREFORE, the Plaintiffs demand that judgment be entered against Defendant

in an amount as supported by the allegations in this Complaint and the evidence adduced

at trial, that the Plaintiffs be awarded the costs of suit incurred herein, and the Plaintiffs

be awarded such other costs and relief as the Court may deem just and equitable.

DATED this 12th day of March, 2018.

Respectfully submitted,

/s/ Kevin D. Donohoe_____
KEVIN E. DONOHOE
DONOHOE LAW OFFICE
101 E. Bullion St., Ste. 3H
Hailey, Idaho 83333
Telephone: (208) 788-3807
Facsimile:  (208) 788-1388
Email:  kevin@kevindonohoe.com
Counsel for Plaintiffs

8