BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**JOANNE P. RODRIGUEZ, IDAHO STATE BAR NO. 2996**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Joanne.Rodriguez@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| FRANK CHIDICHIMO, ET AL., | Case No. 1:18-CV-00117-CWD |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW Defendant United States of America, by and through Joanne P. Rodriguez, Assistant United States Attorney for the District of Idaho, and Plaintiffs, by and through their attorney of record, Kevin Donohoe, and hereby stipulate and agree the above-entitled matter may be dismissed in its entirety with prejudice.  It is further agreed each party is to bear their own costs and attorney's fees.

**STIPULATION FOR DISMISSAL WITH PREJUDICE- 1**

Dated this 22nd day of October, 2018.

                                  BART M. DAVIS
                                  UNITED STATES ATTORNEY
                                  By:

                                  */s/ Joanne P. Rodriguez*
                                  JOANNE P. RODRIGUEZ
                                  Assistant United States Attorney

Dated this 18 day of October, 2018.

                                  */s/ Kevin E. Donohoe*
                                  KEVIN E. DONOHOE
                                  Attorney for Plaintiffs

**STIPULATION FOR DISMISSAL WITH PREJUDICE- 2**