UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANK CHIDICHIMO, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:18-CV-00117-CWD<br><br>**ORDER OF DISMISSAL** |

Upon review of the Stipulation for Dismissal with Prejudice, (Dkt. 19), and for good cause appearing therefrom,

IT IS HEREBY ORDERED that the Complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED: November 20, 2018

_____

Honorable Candy W. Dale
United States Magistrate Judge